IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-051-08





RICHARD CECIL DUSEK, Appellant



v.



THE STATE OF TEXAS






ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

FROM THE FIFTH COURT OF APPEALS COLLIN COUNTY





Per curiam. Keasler and Hervey, JJ., dissent.


ORDER

 The petition for discretionary review violates Rules of Appellate Procedure 9.3 and
68.4(i), because the petition is not accompanied by 11 copies and it does not contain a
copy of the opinion of the court of appeals.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition must be filed in the
COURT OF CRIMINAL APPEALS within thirty days after the date of this order.

En banc

Filed: April 30, 2008

Do Not Publish